UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STYLLS MILES,                                1:04-cv-05710-REC-LJO-P

        Plaintiff,                **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)

vs.
                                          **ORDER DISMISSING ACTION**

MADERA PAROLE OFFICERS, et al.,

        Defendants.
_____/

    Plaintiff, Stylls Miles ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 24, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on March 14, 2005, as undeliverable. A notation on the envelope indicated, "Paroled." Therefore, on April 13, 2005, the court re-served plaintiff with the F&R at 508 Ashlan Way, Madera, CA, 93637. Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed February 24,
8 2005, is ADOPTED IN FULL; and,
9    2.   This action is DISMISSED, with prejudice, for
10 plaintiff's failure to state any claims upon which relief may be
11 granted under section 1983.
12 IT IS SO ORDERED.
13 **Dated:  May 23, 2005**                    /s/ Robert E. Coyle
   668554                             UNITED STATES DISTRICT JUDGE

2